**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00357-CR

### JOSHUA LEE DIXON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82812-2014**

## ORDER

The Court **DENIES** as moot the August 23, 2015 motion to dismiss the appeal signed by counsel only and not appellant. The appeal was disposed of by opinion and judgment on August 19, 2015, based on the trial court's findings, and the mandate has issued.


/s/      LANA MYERS
         JUSTICE